# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                                        Case No.: 1:07-CR-018-SPM/AK

BUBBA JACK HURLEY ,

     Defendant.

_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on Defendant's "Motion to Continue Sentencing" (doc. 134).  Defendant requests more time to discuss with the Government and possibly resolve standing objections to the presence report. Accordingly, the Defendant requests a sixty-day (60) continuance of his sentencing.  Because he is trying a case outside of the district, Government counsel has been unavailable for a response to Defendant's motion.

The Court finds that it is in the best interests of all parties for any sentencing issues to be resolved to the extent that they can before the sentencing.  Furthermore, Defendant is currently being detained pursuant to a state proceeding.  Consequently, there is no risk of flight.

It is **ORDERED AND ADJUDGED** as follows:

1.     Defendant's motion to continue (doc. 134) is *granted*.

2.     The Defendant's sentencing hearing is reset for **Monday, May 5, 2008 at 1:30 p.m.**

**SO ORDERED** this <u>twenty-sixth</u> day of February, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge