UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

vs.                                              Case No.: 1:07-CR-018-SPM/AK

BUBBA JACK HURLEY,

     Defendant.
_____/

## ORDER GRANTING MOTION TO CONTINUE SENTENCING

**THIS CAUSE** comes before the Court on Defendant's "Motion to Continue Sentencing" (doc. 166). Defendant requests a continuance of his sentencing in order to finalize his assistance to the government. The Government does not oppose the granting of this motion.

The jury trial of the co-defendant in this case is currently scheduled for June 2, 2008. In order for Defendant Hurley to testify in that case and to finalize his assistance to the Government, the Court finds good cause to continue this trial for sixty (60) days. Accordingly, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Defendant's motion to continue (doc. 166) is *granted*.

2. The Defendant's sentencing hearing is reset for **Monday, July 7, 2008 at 1:30 p.m.**

**SO ORDERED** this twenty-fifth day of April, 2008.

          *s/ Stephan P. Mickle*
          Stephan P. Mickle
          United States District Judge